UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NATHANIEL JENKINS,

        Plaintiff,                       Case No. 1:21-cv-641

v.                                         Honorable Ray Kent

ERIC MCLEARON et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:   November 23, 2021                /s/ Ray Kent
                                                 Ray Kent
                                                 United States Magistrate Judge